1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   DOUGLAS BEEVERS, #288639
    Assistant Federal Defender
3   Designated Counsel for Service
    801 "I" Street, 3rd Floor
4   Sacramento, CA 95814

5   Attorney for Defendant
    TIMOTHY W. PAIGE
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,        )   NO. 2:14-CR-0062 TLN
12                                    )
                    Plaintiff,        )   STIPULATION AND ORDER
13                                    )   TO CONTINUE STATUS CONFERENCE
         v.                           )
14                                    )   DATE:      July 31, 2014
    TIMOTHY W. PAIGE,                 )   TIME:      9:30 a.m.
15                                    )   JUDGE:     Hon. Troy L. Nunley
                    Defendant.        )
16   _____)

17

18          IT IS HEREBY STIPULATED between the parties, MICHAEL D. McCOY, Assistant

19   United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal

20   Defender, attorney for defendant TIMOTHY W.PAIGE, that the status conference set for May

21   22, 2014 at 9:30 a.m. be vacated, and the matter be set for status conference on July 31, 2014 at

22   9:30 a.m. The reason for the continuance is to allow defense counsel additional time to review

23   discovery.  The parties stipulate and agree that the time period between the signing of this order

24   through and including July 31, 2014 should be excluded from the calculation of time under the

25   Speedy Trial Act. The parties stipulate and agree that the ends of justice served by granting this

26   continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant

27   to 18 U.S.C. §3161(h)(7)(A)and(B)(iv) [reasonable time to prepare] (Local Code T-4).

28

1   Dated:  May 20, 2014                          Respectfully submitted,

2                                                 HEATHER E. WILLIAMS
                                                  Federal Defender
3
                                                  */s/Douglas Beevers*
4                                                 DOUGLAS BEEVERS
                                                  Assistant Federal Defender
5                                                 Attorney for Defendant
                                                  TIMOTHY W. PAIGE
6
    Dated:  May 20, 2014                          BENJAMIN B. WAGNER
7                                                 United States Attorney

8
                                                  */s/ Michael D. McCoy*
9                                                 MICHAEL D. McCOY
                                                  Assistant U.S. Attorney
10                                                Attorney for Plaintiff

11                              **O R D E R**

12          IT IS SO ORDERED.  Based on the stipulation of the parties and good cause appearing

13   therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny

14   defense counsel reasonable time necessary for effective preparation, taking into account the

15   exercise of due diligence.  The Court specifically finds that the ends of justice served by the

16   granting of such continuance outweigh the interests of the public and the defendant in a speedy

17   trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby

18   adopts the stipulation of the parties in its entirety as its order.   Time is excluded from

19   computation of time within which the trial of this matter must be commenced beginning from the

20   signing of this order through and including July 31, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A)

21   and(B)(iv) [reasonable time to prepare] (Local Code T4).  A new status conference date is hereby

22   set for July 31, 2014 at 9:30 a.m.

23   Dated: May 22, 2014

24

25

26                                      Troy L. Nunley
                                        United States District Judge
27

28