LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104

Attorney for Defendant
TIMOTHY WAYNE PAIGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TIMOTHY WAYNE PAIGE, )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:14-CR-0062-TLN<br><br>**STIPULATION AND ORDER RE:<br>CONTINUANCE OF STATUS<br>CONFERENCE**<br><br>DATE:   August 12, 2014<br>TIME:   9:30 a.m.<br>JUDGE:  Troy L. Nunley |

The United States of America, by and through Assistant U.S. Attorney Michael D. McCoy; and defendant Timothy Wayne Paige, by and through counsel Scott L. Tedmon; hereby stipulate and agree as follows:

1. The status conference is currently set for August 12, 2014 at 9:30 a.m.

2.  By this stipulation, the above-named defendants now move to continue the status conference to Thursday, September 11, 2014 at 9:30 a.m., and to exclude time from August 12, 2014 through September 11, 2014 under Local Code T4.  The government does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of

the status conference is as follows:

    a.    The government has produced discovery which to date includes investigative materials, witness statements, and 9 CD's of recordings. Mr. Tedmon was appointed on July 10, 2014 to represent defendant Paige and recently received the file from defendant's former counsel. Mr. Tedmon needs additional time to review and analyze the discovery produced by the government and consult with defendant Paige regarding how to proceed with the case.

    b.    Counsel for defendant Paige believes that failure to grant the above-requested continuance would deny his client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c.    The government does not object to the continuance.

    d.    Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and defendant Paige in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from August 12, 2014 to September 11, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(a), B(iv); [Local Code T4] because it results from a continuance by the Court at defendant Paige's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest

of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that the additional time periods are excludable from the period within which a trial must commence.

5. Finally, Scott L. Tedmon has been authorized by government counsel to sign this stipulation on their behalf.

Based on the foregoing, the undersigned parties agree and stipulate the August 12, 2014 status conference be continued to September 11, 2014 at 9:30 a.m.

**IT IS SO STIPULATED**.

DATED:  August 7, 2014             BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Michael D. McCoy
                                   MICHAEL D. McCOY
                                   Assistant United States Attorney


DATED:  August 7, 2014             LAW OFFICES OF SCOTT L. TEDMON

                                   /s/ Scott L. Tedmon
                                   SCOTT L. TEDMON
                                   Attorney for Defendant Timothy Paige


### ORDER

IT IS SO FOUND AND ORDERED this 7th day of August, 2014.

_____
Troy L. Nunley
United States District Judge