BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-062-1 TLN |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| TIMOTHY WAYNE PAIGE, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the Government's Request to Seal, IT IS HEREBY ORDERED that (1) the Government's Request to Seal and (2) the Government's three-page motion pertaining to Defendant Timothy Wayne Paige shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the Court and its staff; to the Defendant and his counsel; and to the United States, its counsel, and its agents.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the Government's motion serves a compelling interest. The Court

//

//

//

further finds that, in the absence of closure, the compelling interest would be harmed.  Finally, the Court finds that there is no sealing alternative that would adequately protect the compelling interest.

Dated: April 21, 2016

_____
Troy L. Nunley
United States District Judge